UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN MCNAMARA,<br><br>        *Plaintiffs*,<br><br>v.<br><br>BUEHLER, et al.,<br><br>        *Defendants*. | Civil Action No. 16-841(MCA)<br><br>ORDER |

**THIS MATTER** comes before the Court by way of Judge Mannion issuing a Report and Recommendation dated November 16, 2018 recommending that the case be dismissed with prejudice Dkt. No. 55; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that plaintiff was released from custody in late 2017;[1] and

it appearing that for the reasons set forth in Judge Mannion's Report and Recommendation;

**IT IS** on this 23rd day of October, 2019,

**ORDERED** that Judge Mannion's Report and Recommendation dated November 16, 2018, is **ADOPTED** and this case is **DISMISSED WITH PREJUDICE**.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**

---

[1] The Court contacted the Union County Jail and was advised that plaintiff was release.